1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **INFUSION POOL PRODUCTS, INC.,** ) | |
| ) | Case No. CV13- 03134-JAK-AGR |
| Plaintiff, ) | |
| v. ) | **ORDER ON STIPULATION** |
| **SHASTA INDUSTRIES, INC.,** ) | **FOR DISMISSAL OF ACTION** |
| Defendant. ) | **JS-6** |
| _____ ) | |
| **SHASTA INDUSTRIES, INC.,** ) | |
| Counterclaimant, ) | |
| v. ) | |
| **INFUSION POOL PRODUCTS, INC.,** ) | |
| Counterdefendant. ) | |

Based upon the Stipulation filed by the parties on October 8, 2013, and good cause appearing therefor,

IT IS HEREBY ORDERED:

dismissing the above-identified action, and the claims and counterclaims filed

1

1  therein, each party to bear its own costs and attorneys fees.  Plaintiff's claims alleged

2  in the Complaint are hereby dismissed with prejudice.  Defendant's counterclaim for a

3  declaration of non-infringement of U.S. Patent No. 8,322,908 alleged in Defendant's

4  Answer to Complaint and Declaratory Judgment Counterclaim is hereby dismissed

5  with prejudice.  Defendant's counterclaims for a declaration of invalidity and

6  unenforceability of U.S. Patent No. 8,322,908 alleged in Defendant's Answer to

7  Complaint and Declaratory Judgment Counterclaim are hereby dismissed without

8  prejudice.

9

10        IT IS SO ORDERED.

11

12

13  DATED: October 16, 2013        _____

14                                                John A. Kronstadt
                                                  United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

2